# EXHIBIT F

October 15, 2025

**NORTON ROSE FULBRIGHT**

**Sent By Email**

Daniel Mogilny
405 Main St
New York, NY 10044
USA

Norton Rose Fulbright Canada LLP
222 Bay Street, Suite 3000, P.O. Box 53
Toronto, Ontario  M5K 1E7 Canada

F: +1 416.216.3930
**nortonrosefulbright.com**

**James Renihan**
+1 416.216.1944
james.renihan@nortonrosefulbright.com

Dear Mr. Mogilny,

### Unlawful Conduct Perpetrated Against Stratum AI

We are counsel to 16161782 Canada Inc., doing business as Stratum AI (the "**Corporation**"), in connection with significant concerns the Corporation has regarding your recent conduct and its impact on the Corporation's business. These issues are serious and require your immediate response.

While the Corporation continues to investigate matters, at this time it has reason to believe that you have:

- wrongfully attempted to gain control of domain names belonging to the Corporation (stratum.ai and stratumai.ca) for your own personal benefit;

- disparaging the Corporation to the Corporation's customers, investors and employees;

- contacted investors of the Corporation and warned them that you are prepared to "burn it all down" (referring to the Corporation) if the Corporation continues to investigate your conduct;

- made material misrepresentations concerning the company's financial condition in written and oral communications with prospective investors;

- involved Linna Li, your spouse and a director of the Corporation, in your misconduct, instructed her to prepare investor materials and communications containing material misstatements and had her provide coaching on how to provide explanations for discrepancies when identified;

These actions are contrary to duties you owe to the Corporation as an employee and give rise to additional claims against you and Ms. Li for misrepresentation, conspiracy and conversion. Your conduct threatens to cause substantial harm to the Corporation, including damages arising from disruption of operations, diminished business reputation, investor complaints and other quantifiable financial losses. The Corporation intends to hold you and Ms. Li personally liable for all such damages. In addition, the Corporation will seek remedies for Ms. Li's breach of the fiduciary duty she owes the Corporation as a director. The Corporation also hopes to understand the role played by EQT Partners, and whether Ms. Li has been communicating with the Corporation's investors or helping to substantiate the material representations you have made in her capacity as an associate at EQT Partners.

It is in the best interests of all parties to engage in discussions aimed at mitigating any damage and ensuring that the Corporation suffers no further harm. Please immediately provide us with the name of your lawyer so we can commence those discussions. If you do not have a lawyer, we are willing to speak with you directly. If these discussions do not commence immediately, we are instructed to take further legal action to ensure the Corporation

CAN_DMS: \1013288772\1

Norton Rose Fulbright Canada LLP is a limited liability partnership established in Canada.

Norton Rose Fulbright Canada LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright South Africa Inc and Norton Rose Fulbright US LLP are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are at nortonrosefulbright.com/legal-notices.

Daniel Mogilny
October 15, 2025

**NORTON ROSE FULBRIGHT**

is protected. This includes additional proceedings for injunctive relief to restrain you from interfering with the Corporation's rights to its domain names. The Corporation will seek legal costs against you for any such proceeding.

In the interim, your employment at Stratum AI remains suspended and you must refrain from any and all actions that could affect the Corporation's assets, records, or governance. You are further required to preserve all emails, text messages and chats on WhatsApp or other applicable applications in any way relating to the issues set out in this letter, for the purposes of document discovery during the anticipated litigation.

We require a response by end of day on October 16, 2025.

Yours very truly,

James Renihan
Partner

JR

Cop(y/ies) to:      Farah Abdel Haleem, Norton Rose Fulbright Canada LLP

CAN_DMS: \1013288772\1                                  2