# EXHIBIT G

**CAUTION:** This email came from outside Harmony. Do not click links or open attachments unless you have validated the sender. This message originated from outside your organization

Hi Ron,

Hope you're doing well. I just wanted to shoot you a personal email and let you know I've been temporarily ousted from the company by my cofounder in an incredible tale of betrayal. Shareholders are trying their best to get me back in the company but may take a week or two. The 3rd board member is a personal friend of Farzi that the shareholders approved without sufficient diligence. I let it slide because I assume good faith from all people. This was done by the CEO Farzana & CFO of the company. They have also suspended our Chief Geologist David First the only other C level executive at the company. Leo & Paulina are being kept in the dark so have no involvement or knowledge what is going on.

I love working with your team so please endure some suboptimal customer support for a few weeks if possible while I get my job back.

I hope the meeting last week was of acceptable quality, I was suspended before I could finish work on the breakthrough my team made.

2

Several clients believe there is no purpose in working with Stratum without myself being part of the company. Our company is still maturing so am deeply involved in every ML model. If your team is open to signing on to the statement it would help quickly fix this issue for us. David First was on a visa with us in Australia and will due to be deported as a result of this action so your support would be invaluable.

Likewise, if you receive suboptimal performance last week and the next two weeks from our work, I kindly request that you do not judge the company on the matter. We will not invoice you for October. I deeply believe in the mission of AI resource modelling I promise you when I'm back you'll get some amazing models.

I kindly request you do not forward this email outside of Harmony.

Cheers,
Daniel