UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 16161782 Canada Inc.,<br><br>     Plaintiff,<br><br>   v.<br><br>Danylo Mogyl'nyy,<br><br>     Defendant. | 25-CV-8543 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  Plaintiff's motion for a temporary restraining order (ECF No. 1) is **DENIED** without prejudice. Plaintiff has not filed a case-initiating document (i.e., a complaint) or paid the filing fee. Without these necessary case-initiating steps, the Court will not consider Plaintiff's request for relief.

  Plaintiff may renew the request for a temporary restraining order in accordance with this Court's Individual Rules and Practice upon filing a complaint, paying the filing fee, andp filing proof of service on the docket of the complaint and motion for temporary restraining order.

SO ORDERED.

Dated: October 16, 2025
   New York, New York

                      _____
                         DALE E. HO
                     United States District Judge