UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

16161782 CANADA INC., A CANADIAN
CORPORATION,

         Plaintiff,

    v.

DANYLO MOGYL'NYY,

         Defendant.

Case No. 1:25-cv-08543-DEH

---

## CONSENT ORDER FOR TEMPORARY RESTRAINING ORDER

WHEREAS, on October 16, 2025, Plaintiff 16161782 Canada Inc. ("Plaintiff" or the "Company") filed a Complaint against Defendant Danylo Mogyl'nyy ("Defendant," and together with Plaintiff, "the Parties"), commencing the above-captioned action (the "Action") (*See* ECF No. 8);

WHEREAS, on October 16, 2025, Plaintiff filed a Motion for a Temporary Restraining Order ("Motion"), seeking to enjoin Defendant from taking certain steps that Plaintiff believes would disrupt its operations, including (1) accessing, modifying, or controlling the Company's website, servers, or online accounts; (2) holding himself out as a representative of the Company; (3) communicating with the Company's clients, partners, or vendors; and (4) disseminating false information concerning the Company and its personnel (*See* ECF No. 9 (Motion); ECF No. 9-10 (Proposed Order));

WHEREAS, Defendant vigorously disputes the validity of the alleged claims articulated in the Complaint and the Motion, including, without limitation, Plaintiff's claim that it owns the domain names stratum.ai and stratumai.ca, and denies any liability and wrongdoing;

1

WHEREAS, Defendant preserves all of his defenses and waives none, including, without limitation, his objections to personal jurisdiction, venue and insufficient service of process;

WHEREAS the Parties have agreed to resolve the Motion by consent pursuant to the following terms;

NOW, THEREFORE, IT IS **ORDERED** that Defendant is enjoined from:

(1) Accessing, modifying, controlling, or attempting to control StratumAI's[1] websites (including stratum.ai and stratumai.ca), servers, bank accounts, or online accounts, including StratumAI's Google Workspace account;

(2) Representing himself as a current employee or contractor of StratumAI in any communication, without prejudice to his right to discuss his historical involvement with StratumAI, including intellectual property ("IP") he has developed, his right to claim ownership of such IP in legal proceedings, and his right to state that he is the CEO of Stratum Technologies Inc., the former parent of 12018900 Canada Inc. d/b/a StratumAI;

(3) Initiating contact with and continuing to contact Stratum AI's employees, current and prospective clients (that are known to Defendant) and vendors regarding matters related to the operations of StratumAI;

(4) Knowingly sharing StratumAI's confidential and/or proprietary information, including StratumAI's prospective business pipeline and potential clients, with investors and potential investors, save to the extent that such information is public or already known to such investors, or is false;[2] and

(5) Knowingly disseminating any false information concerning StratumAI or its personnel, including its officers, directors, and employees, without prejudice to his right to make non-frivolous allegations in judicial proceedings.

AND IT IS FURTHER **ORDERED**, in accordance with Fed. R. Civ. P. 65(b)(2), that this temporary restraining order shall expire fourteen days after its entry upon the docket, unless extended by agreement of the Parties or for good cause shown.

---

[1] For purposes of this Consent Order only, "StratumAI" means Plaintiff and its operating subsidiary, 12018900 Canada Inc., a Canadian business corporation. "StratumAI" does not include Stratum Technologies Inc., a Delaware corporation and the former parent of 12018900 Canada Inc.

[2] For the avoidance of doubt, Defendant may share StratumAI's confidential and/or proprietary information in judicial proceedings by moving to seal documents containing any such information, as well as in response to an order, subpoena, investigative demand, or the like issued by a court or government agency of competent jurisdiction.

\*        \*        \*

**CONSENTED TO AND APPROVED BY:**

PLAINTIFF 16161782 CANADA INC.

By its attorneys,

/s/ Jonathan M. Baum
Jonathan M. Baum
Joy L. Holden
HWG LLP
1919 M. St. NW, Eighth Fl.
Washington, DC 20036
Tel: (202) 730-1300
jbaum@hwglaw.com
jholden@hwglaw.com


DEFENDANT DANYLO MOGYL'NYY

By his attorneys,

/s/ Todd Rosenbaum
Todd Rosenbaum
Daria Schieferstein
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY, AND POPEO, P.C.
919 Third Avenue, Fl. 39
New York, NY 10022
Tel: (212) 935-3000
TFRosenbaum@mintz.com
DSchieferstein@mintz.com

\*          \*          \*

IT IS FURTHER **ORDERED** that the conference in this case scheduled for Wednesday October 22, 2025 is canceled.

The Clerk of Court is respectfully directed to close ECF No. 9.


SO ORDERED on this 21st day of October, 2025.

_____

Hon. Dale E. Ho
United States District Court Judge