UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 16161782 Canada Inc., <br><br>      Plaintiff, <br><br>   v. <br><br>Danylo Mogyl'nyy, <br><br>      Defendant. | 25-CV-8543 (DEH) <br><br>ORDER |

DALE E. HO, United States District Judge:

  In light of the impending expiration of the Consent Order for Temporary Restraining Order, ECF No. 21, the Court DIRECTS the parties to submit on November 4, 2025 a status update addressing next steps in this litigation, including whether they consent to extend the Consent Order and if so, for how long.

SO ORDERED.

Dated: November 3, 2025
    New York, New York

                        DALE E. HO
                    United States District Judge