UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 16161782 Canada Inc., <br><br>     Plaintiff(s), <br><br>   v. <br><br> Danylo Mogyl'nyy, <br><br>     Defendant(s). | 25-CV-8543 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

  The Court takes notice of the Parties' proposed Consent Order, ECF No. 22, to extend the October 21, 2025 Temporary Restraining Order an additional twenty-one (21) days pursuant to Fed. R. Civ. Pro. 65(b)(2). The Parties' application is GRANTED. The Parties are further DIRECTED within fourteen (14) days to inform the Court addressing next steps in this litigation, including how they intend to proceed in this case and whether they intend to reach a settlement resolving the consent Temporary Restraining Order.

SO ORDERED.

Dated: November 4, 2025
    New York, New York

                          DALE E. HO
                        United States District Judge