IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 16161782 CANADA INC., A CANADIAN CORPORATION,<br><br>    *Plaintiff,*<br>v.<br><br>DANYLO MOGYL'NYY,<br><br>    *Defendant.* | Case No. 1:25-cv-08543-DEH |

**CONSENT ORDER TO EXTEND TEMPORARY RESTRAINING ORDER**

WHEREAS, on October 16, 2024, Plaintiff 16161782 Canada Inc. ("Plaintiff" or the "Company") filed a Complaint against Defendant Danylo Mogyl'nyy ("Defendant," and together with Plaintiff, "the Parties"), commencing the above-captioned action (the "Action") (*See* ECF No. 8);

WHEREAS, on October 16, 2024, Plaintiff filed a Motion for a Temporary Restraining Order ("Motion"), seeking to enjoin Defendant from taking certain steps that Plaintiff believes would disrupt its operations, including (1) accessing, modifying, or controlling the Company's website, servers, or online accounts; (2) holding himself out as a representative of the Company; (3) communicating with the Company's clients, partners, or vendors; and (4) disseminating false information concerning the Company and its personnel (*See* ECF No. 9 (Motion); ECF No. 9-10 (Proposed Order));

WHEREAS, Defendant vigorously disputes the validity of the alleged claims articulated in the Complaint and the Motion, including, without limitation, Plaintiff's claim that it owns the domain names stratum.ai and stratumai.ca, and denies any liability and wrongdoing;

1

WHEREAS, Defendant preserves all of his defenses and waives none, including, without limitation, his objections to personal jurisdiction, venue and insufficient service of process;

WHEREAS, the Parties agreed to resolve the Motion by consent pursuant to a Consent Order for Temporary Restraining Order (ECF No. 20);

WHEREAS, the Court Ordered (ECF No. 21) that Defendant be temporarily restrained, as requested in the Parties' Consent Order for Temporary Restraining Order;

WHEREAS, on November 4, 2025, the Parties agreed to entry of a modified Temporary Restraining Order effective through November 25, 2025 (ECF No. 23);

WHEREAS, the Court Ordered (ECF No. 25) that Defendant be temporarily restrained, as requested in the Parties' Consent Order to Extend Temporary Restraining Order;

WHEREAS, Plaintiff intends to amend the Complaint in this Action;

WHEREAS, Defendant intends to move to dismiss Defendant's forthcoming Amended Complaint;

WHEREAS, the Parties have proposed a deadline for amendment of the Complaint and a briefing schedule for Defendant's forthcoming motion to dismiss to the Court (ECF No. 26);

WHEREAS, the Parties request that the Court extend the Consent Order for Temporary Restraining Order until Defendant's motion to dismiss is resolved;

NOW, THEREFORE, IT IS ORDERED that Defendant is enjoined from:

1) Accessing, modifying, controlling, or attempting to control StratumAI's[1] websites (including stratum.ai and stratumai.ca), servers, bank accounts, or online accounts, including StratumAI's Google Workspace account;

---

[1] For purposes of this Consent Order only, "StratumAI" means Plaintiff and its operating subsidiary, 12018900 Canada Inc., a Canadian business corporation. "StratumAI" does not include Stratum Technologies Inc., a Delaware corporation and the former parent of 12018900 Canada Inc.

2) Representing himself as a current employee or contractor of StratumAI in any communication, without prejudice to his right to discuss his historical involvement with StratumAI, including intellectual property ("IP") he has developed, his right to claim ownership of such IP in legal proceedings, and his right to state that he is the CEO of Stratum Technologies Inc., the former parent of 12018900 Canada Inc. d/b/a StratumAI;

3) Initiating contact with and continuing to contact Stratum AI's employees, current and prospective clients (that are known to Defendant) and vendors regarding matters related to the operations of StratumAI; however, notwithstanding the foregoing, Defendant's communications with Farzana Yusufali, Danial Hassan, and Michael Cheng, will not be construed as violations of this Order;

4) Knowingly sharing StratumAI's confidential and/or proprietary information, including StratumAI's prospective business pipeline and potential clients, with investors and potential investors, save to the extent that such information is public or already known to such investors, or is false;[2] and

5) Knowingly disseminating any false information concerning StratumAI or its personnel, including its officers, directors, and employees, without prejudice to his right to make non-frivolous allegations in judicial proceedings.

AND IT IS FURTHER **ORDERED**, in accordance with Fed. R. Civ P. 65(b)(2), that this temporary restraining order shall expire fourteen days following the Court's Order on Defendant's Motion to Dismiss, unless extended by agreement of the Parties or for good cause shown.

\*     \*     \*

**CONSENTED TO AND APPROVED BY:**

PLAINTIFF 16161782 CANADA INC.

By its attorneys,

---

[2] For the avoidance of doubt, Defendant may share StratumAI's confidential and/or proprietary information in judicial proceedings by moving to seal documents containing any such information, as well as in response to an order, subpoena, investigative demand, or the like issued by a court or government agency of competent jurisdiction.

/s/ Jonathan M. Baum
Jonathan M. Baum
Owen H. Smith
Joy Holden
HWG LLP
1919 M Street NW, Eighth Floor
Washington, DC  20036
Tel: (202) 730-1300
jbaum@hwglaw.com
osmith@hwglaw.com
jholden@hwglaw.com

DEFENDANT DANYLO MOGYL'NYY

By his attorneys,

/s/ Todd Rosenbaum
Todd Rosenbaum
Daria Schieferstein
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY, AND POPEO, P.C.
919 Third Avenue, Fl. 39
New York, NY  10022
Tel: (212) 935-3000
TFRosenbaum@mintz.com
DSchieferstein@mintz.com

SO ORDERED on this \_\_19th\_\_ day of November, 2025,

_____
Hon. Dale E. Ho
United States District Court Judge