

**Todd Rosenbaum**
212 692 6819
tfrosenbaum@mintz.com

919 Third Avenue
New York, NY 10022
212 935 3000
mintz.com

## MINTZ

June 4, 2026

<u>VIA ECF</u>

Hon. Dale E. Ho
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> **Re:**   *16161782 Canada Inc., et al. v. Danylo Mogyl'nyy,* **1:25-cv-08543-DEH**

Dear Judge Ho:

This firm represents Defendant Danylo Mogyl'nyy ("Defendant") in connection with the above-referenced action (the "Action"). We write with the consent of Plaintiffs' counsel regarding the June 25, 2026 hearing date for Plaintiffs' Motion for Order to Show Cause. (ECF No. 61.)

I have a conflict and will be out of town on June 25, 2026. I have conferred with Plaintiffs' counsel, Jonathan Baum, and we are both available on June 24, 2026 in the morning. Alternatively, we are both available on June 29 and June 30, 2026.

The parties respectfully request that the Court reset the hearing date for one of the above dates. We can provide additional availability if so directed by the Court.

We thank the Court for its continued attention to this matter.

Application **GRANTED**. The hearing is hereby **ADJOURNED** to June 30, 2026 at 11:00 a.m. in Courtroom 905 of the Thurgood Marshall United States Courthouse.

The Clerk of Court is respectfully directed to close ECF No. 64.

**SO ORDERED.**

*Dale E. Ho*
Dale E. Ho
United States District Judge
Dated: June 9, 2026
New York, New York

Respectfully submitted,

MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO P.C.

/s/ *Todd Rosenbaum*
Todd Rosenbaum, Esq.
919 Third Avenue
New York, NY 10022
P: (212) 935-3000
F: (212) 983-3115
TFRosenbaum@mintz.com

*Counsel for Danylo Mogyl'nyy*

cc:    All counsel of record (via ECF)
606988988v.1