UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

16161782 Canada Inc., et al.,

                    Plaintiffs,

          v.                                            25-CV-8543 (DEH)

Danylo Mogyl'nyy,                                       ORDER

                    Defendant.

DALE E. HO, United States District Judge:

Defendant has requested the Court enter a protective order enabling the designation of certain materials for attorneys' eyes only.  ECF No. 62.  Plaintiffs oppose Defendant's request. ECF No. 63.  For the following reasons, the Court **DENIES** Defendant's request without prejudice as to renewal.

Upon good cause shown, the court may issue a protective order if said order would protect the moving party "or person from annoyance, embarrassment, oppression, or undue burden or expense."  Fed. R. Civ. P. 26(c).  The party seeking the restriction on discovery "has the burden of proving the propriety of a protective order, and in order to overcome the presumption of liberal discovery, the movant must establish 'good cause.'"  *Giarraffa v. Anderson Corp.*, No. 88 Civ. 2490, 1990 WL 129982, at *1 (E.D.N.Y. Aug. 27, 1990) (internal citations omitted).

Defendant has not shown good cause to enter a protective order over Plaintiffs' objection. Defendant argues that a protective order is required to protect "highly confidential materials" that he intends to file to "demonstrate that the Geomet AI Universal Geospatial Estimator (GAUGE) is not the same product as SAIGE."  ECF No. 62 at 1.  However, as Plaintiffs note, whether or not the two products are identical is not at issue in the dispute over whether

Defendant is in violation of the Consent Temporary Restraining Order.  ECF No. 63 at 2.  The Court construes Plaintiffs' representation that "their submissions do not claim the products are technically identical" as a concession on this point.  *Id.*  Accordingly, Defendant has not shown good cause for the entry of a protective order.

Defendant's request is **DENIED** without prejudice as to renewal.

SO ORDERED.

Dated: June 9, 2026
       New York, New York

DALE E. HO
United States District Judge

2