

HWG LLP
1919 M STREET NW
WASHINGTON, DC 20036
TEL: +1 202 730 1300 | HWGLAW.COM

June 25, 2026

**VIA ECF**

Honorable Dale E. Ho
United States District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 905
New York, NY 10007

Re:   *16161782 Canada Inc. et al. v. Mogyl'nyy*, Case No. 1:25-cv-08543-DEH

Dear Judge Ho,

We represent Plaintiffs 16161782 Canada Inc. and 12018900 Canada Incorporated ("Plaintiffs") in connection with the above-referenced action. We write with the input and consent of Defendant Danylo Mogyl'nyy ("Defendant") regarding the June 30, 2026 hearing on Plaintiffs' Motion for Order to Show Cause (ECF No. 61).

The Parties are currently discussing possible resolution of the motion as well as issues in the litigation. In order to permit sufficient time for these discussions, Defendant has requested and Plaintiffs agree to jointly request that the Court adjourn the June 30, 2026 hearing until August on a date and time agreeable to the Court.

I have conferred with Defendant's counsel, and the Parties are available on August 3, 4, and 5, 2026. The Parties respectfully request that the Court reset the hearing date for one of the dates above. We can provide additional availability if so directed by the Court. The Parties will update the Court in advance of the reset hearing should they reach agreement resolving the motion and/or issues in the litigation. Should a hearing proceed, Defendant has agreed not to argue that this short postponement, which intended to facilitate a potential resolution, should have any negative bearing or implication with regard to Plaintiffs' Motion.

We thank the Court for its continued attention to this matter.

Respectfully submitted,

*/s/ Jonathan M. Baum*
Jonathan M. Baum

*Attorney for Plaintiffs*

Application **GRANTED**. The hearing currently scheduled on June 30, 2026 is hereby **ADJOURNED** to August 4, 2026 at 3:00 p.m. in Courtroom 905 of the Thurgood Marshall United States Courthouse.

The Clerk of Court is respectfully directed to close ECF No. 81.

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: June 26, 2026
New York, New York