UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 16161782 Canada Inc., et al., Plaintiffs, v. Danylo Mogyl'nyy, Defendant. | 25-CV-8543 (DEH) ORDER |

DALE E. HO, United States District Judge:

On August 4, 2026 the Court held a hearing on Plaintiff's motion for contempt and sanctions, ECF No. 51. For the reasons stated at the conference, that motion is **DENIED without prejudice**. By no later than August 18, 2026, the parties are directed to submit a proposed Case Management Plan and a proposed protective order. These submissions shall be accompanied by a joint letter. To the extent the parties disagree about the proposed Case Management Plan or protective order, they shall set forth their respective positions in the letter. The letter shall also indicate whether or not the parties seek a referral for settlement, either to the District Court's mediation program, or to the Magistrate Judge assigned to this case.

The parties have moved to seal their filings made in connection with Plaintiffs' motion. ECF Nos. 54, 67, 77. The documents the parties seek to seal are unquestionably judicial documents, and they are submitted in connection with a motion for relief arising from allegations of a violation of a consent TRO; thus, a high presumption of public access attaches to the documents in question. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 123 (2d Cir. 2006). However, upon review of the documents, the Court concludes that the interests asserted by the parties, including the protection of sensitive business information, are sufficient to overcome the presumption of public access, and that the proposed redactions are sufficiently narrowly

tailored. *See Toretto v. Donnelley Fin. Sols., Inc.*, 583 F. supp. 3d 570, 608 (S.D.N.Y. 2022) (competing considerations may include the protection of "sensitive business information," the release of which could cause a litigant "competitive harm."). Accordingly, the motions to seal are **GRANTED**.

The Clerk of Court is respectfully ordered to close ECF Nos. 51, 54, 67, and 77.

SO ORDERED.

Dated: August 5, 2026
New York, New York

DALE E. HO
United States District Judge